EXHIBIT 4

14

# Neuropharmacologic considerations in the treatment of vegetative state and minimally conscious state following brain injury

DEBORAH L. DOHERTY

| | |
|---|---|
| Introduction | 193 |
| Definitions of coma, vegetative state, minimally conscious state, and functional locked-in syndrome | 193 |
| Neurophysiology of arousal and consciousness | 194 |
| Functional neuroimaging in disorders of consciousness | 195 |
| Prognosis of disorders of consciousness | 196 |
| Enhancing the potential for recovery from vegetative state and MCS | 196 |
| Establish a baseline of neurologic function | 196 |
| Rule out treatable causes of failure to improve | 197 |
| Intracranial complications | 197 |
| Endocrine dysfunction | 197 |
| Subclinical seizure activity | 197 |
| Laboratory testing | 198 |
| Malnutrition | 198 |
| Sleep disturbance | 198 |
| Eliminate or reduce sedating medications | 198 |
| Pharmacologic intervention to enhance arousal and responsiveness | 198 |
| Catecholaminergic neuromodulation | 199 |
| Dopaminergic neuromodulation | 199 |
| Noradrenergic neuromodulation | 202 |
| Methylphenidate | 202 |
| Amphetamines | 203 |
| Atomoxetine | 203 |
| Tricyclic antidepressants | 204 |
| GABA neuromodulation | 204 |
| Zolpidem (Ambien) | 204 |
| Benzodiazepines | 205 |
| Glutamatergic neuromodulation | 205 |
| Modafinil | 205 |
| Cholinergic neuromodulation | 206 |
| Histaminergic neuromodulation | 207 |
| Conclusion | 207 |
| References | 207 |

## INTRODUCTION

The treatment of individuals with prolonged disorders of consciousness following trauma or other insults to the brain remains a challenge. This chapter reviews definitions of low arousal states, the neurophysiology of consciousness, the pathophysiology of alterations of consciousness, and the basic underlying neurotransmitter functions that may be impacted by injury. Neurotransmitter systems provide a potential target for pharmacologic manipulation. The goal of drug treatment is to improve wakeful awareness, thereby facilitating neurologic recovery. Medications that may be useful in the treatment of disorders of consciousness are reviewed and organized by the neurotransmitter systems through which they exert their effects. Although still in its infancy, our understanding of neurotransmitter interactions and cognitive function will serve as the foundation upon which novel drug therapies will be developed.

## DEFINITIONS OF COMA, VEGETATIVE STATE, MINIMALLY CONSCIOUS STATE, AND FUNCTIONAL LOCKED-IN SYNDROME

Recovery from traumatic and nontraumatic brain injury is characterized by gradual emergence from coma. Depending upon the severity of the underlying brain damage, patients may transition from coma to vegetative state to minimally conscious state (MCS) to severe disability, and ultimately to good recovery. However, individuals may also plateau at any point along this continuum.

Copyrighted material

194 Neuropharmacologic considerations in treatment of vegetative and minimally conscious states following brain injury

Coma is a state in which the patient is neither awake nor aware.[1] Comatose patients demonstrate no meaningful interaction with the environment. No purposeful movement is observed. No command-following is seen. The eyes remain closed even in the presence of noxious stimulation, and no sleep-wake cycles are observed. After brain injury, coma is typically a self-limited condition that evolves to vegetative state or higher levels of consciousness.

The term *vegetative state* was first introduced by Jennett and Plum[2] in 1972. It is defined as a condition of unconsciousness devoid of cognitive content and characterized by wakefulness without awareness. Vegetative state is also known as unresponsive wakefulness syndrome. The individual in a vegetative state demonstrates eye opening and gradually develops sleep–wake cycles. Spontaneous, nonpurposeful motor activity may be seen. Vegetative patients cannot comprehend language, nor can they communicate. Evidence of reproducible, purposeful responses to visual, auditory, tactile, or noxious stimuli are absent.[3] Roving eye movements and brief, unsustained visual tracking may be observed. One of the first signs of emergence from vegetative state is the appearance of sustained visual pursuit.[4]

MCS is a condition in which unequivocally meaningful responses are observed although on an inconsistent basis. MCS is a clinical diagnosis that requires behavioral evidence of meaningful interaction. This may include sustained visual pursuit; command-following; motor responses, such as reaching toward an object; intelligible verbalization; or the use of gestures to communicate.[5] MCS is sometimes misdiagnosed as vegetative state because bedside verification of meaningful responses can be difficult in patients who exhibit daily fluctuations in consciousness and who have meager available motor repertoires with which to follow commands.[5-7] Serial examinations over time and the use of a reliable standardized neurobehavioral rating scale are therefore recommended to improve diagnostic accuracy. Nevertheless, functional magnetic resonance imaging (fMRI) has demonstrated willful patterns of cortical activation consistent with a degree of preserved awareness in a small number of traumatically brain-injured patients who appeared vegetative by clinical criteria. Thus, fMRI may be a useful adjunct in distinguishing vegetative state from MCS.[8] Although clinical assessment with appropriate behavioral scales remains the gold standard for diagnosing disorders of consciousness, up to 35%–40% of patients are still misdiagnosed as being in vegetative state.[7] Neuroimaging (fMRI and positron emission tomography) and electrophysiologic techniques (EEG and evoked potentials) are likely to play a more prominent adjunctive role in the definitive diagnosis of disorders of consciousness in the future. Individuals with no detectable behavioral signs of meaningful interaction who demonstrate preserved cognitive processes using these technologies can be described as functionally locked in. This is not to be confused with locked-in syndrome with pontine involvement and intact cortical function.

Emergence from MCS occurs when a patient is capable of reliably and consistently demonstrating the use of at least two common objects or accurate yes/no responses (verbal or gestural) to simple questions on two consecutive evaluations.[5]

## NEUROPHYSIOLOGY OF AROUSAL AND CONSCIOUSNESS

Consciousness is a state of awareness dependent upon adequate arousal mechanisms, functioning selective attention, and the ability to perceive and interpret sensory information from the world around us. Arousal, the foundation of consciousness, depends upon multiple connections between the ascending reticular activating system (ARAS) and the cortex via subcortical relay stations. The ARAS originates in the brain stem and exerts its effects on higher cortical centers by way of collateral projections through the thalamus, posterior hypothalamus, and basal forebrain. The brain stem ARAS is comprised of several distinct nuclei that rely on a number of different neurotransmitters to activate rostral brain regions. Thus, redundancy is built into the systems that support our most basic cognitive functions.

Dorsal projections from the brain stem ARAS reach the thalamus. The thalamus serves as the main relay and filtering station for ascending sensory information. Without the thalamus, most sensory input would not reach the cortex. Activation of the thalamic nuclei by cholinergic and glutaminergic fibers of the ARAS facilitates transmission of sensory input to higher cortical regions. The thalamic nuclei have both afferent and efferent connections with the cerebral cortex and brain stem. The thalamic reticular nucleus, in particular, is involved in the process of sensory gating. Gating of the stream of sensory data allows attention to be selectively focused on some aspects of sensory input and not others. The ascending pathways from the thalamus to the primary sensory areas of the cerebral cortex are predominantly glutaminergic. From the primary sensory areas, collateral connections proceed to the sensory association areas, where information is processed, interpreted, and consciously experienced.

The projections from the ventral ARAS modulate basal forebrain activation via catecholaminergic, glutaminergic, and cholinergic neurotransmission. Projections from the hypothalamus to the basal forebrain facilitate arousal through the release of histamine and orexin. The basal forebrain is located on the medial and ventral surface of the cerebral hemispheres. It acts as a ventral extrathalamic relay station between the ARAS and the cerebral cortex. The afferent connections from the basal forebrain to the cerebral cortex can be conceptualized as the most rostral part of the ARAS. These neural networks mediate arousal and awareness through both cholinergic and gamma aminobutyric acid (GABA)-ergic neurotransmission. Finally, additional connections with the limbic system as well as regions

involved in memory and executive function allow us to interact with our environment in a genuinely meaningful way.

Given the widespread regions involved in the maintenance of wakefulness and awareness, persistent disorders of consciousness may be the result of diverse pathology within the central nervous system. Injury may be seen in any part of the neuronal network important for arousal.

Adams et al.[9] undertook a detailed neuropathologic study of the brains of 49 patients who remained in vegetative state until their deaths 1 month to 8 years after an acute brain insult. Although diffuse axonal injury was sometimes seen, the more common findings in this study were damage to the major relay nuclei of the thalamus or the subcortical white matter tracks. A few cases were identified in which the cerebral cortex and the brain stem were both of normal appearance. The authors concluded that damage to the thalamus essentially severed the connections between any preserved functioning cortex and other cortical or subcortical regions, resulting in vegetative state. Interestingly, neuropathologic studies of individuals in MCS have shown less consistent thalamic involvement, indicative of relative sparing of corticothalamic connections.[10]

Damage to the tegmentum of the brain stem, an area comprising part of the ARAS, may also result in loss of consciousness. The combination of injury to the brain stem, basal ganglia, and thalamus increases the likelihood of a persistent low response state.[11,12]

The mesocircuit hypothesis has been offered to explain alterations of consciousness and how some medications work to improve an individual's level of consciousness.[13,14] After severe brain injury, the anterior forebrain is downregulated due to neuronal death and the disruption of neuronal networks involving the thalamus. When thalamocortical, corticostriatal, and thalamostriatal outflow is reduced, afferent drive to the medium spiny neurons of the striatum is withdrawn. This, in turn, decreases the inhibitory input from the striatum to the globus pallidus interna. Consequently, unchecked firing of the globus pallidus interna inhibits the relay neurons of the thalamus, contributing to persistent alterations of consciousness.[15]

## FUNCTIONAL NEUROIMAGING IN DISORDERS OF CONSCIOUSNESS

Positron emission tomography (PET) and fMRI have identified different activation patterns in the brains of patients in vegetative state and MCS.[16–20] Patients in MCS demonstrate cortical activation similar to healthy controls, suggesting a preserved capacity for active cognitive interaction.

Neuroscience has moved beyond simply identifying what brain regions correlate with specific functions and activities and is now focused on the study of brain networks and connectivity, both structural and functional. Neuronal networks involving the cerebral cortex, thalamus, and striatum are essential to achieving conscious awareness. Severe brain injury may be associated with neuronal damage to the

regions that regulate consciousness and/or a reduction in the connectivity of consciousness-related networks, leaving patients unable to emerge from vegetative or minimally conscious state. Raichle et al.[21] used fMRI to demonstrate that a particular network, called the default mode network (DMN), is deactivated when subjects are engaged in cognitive tasks and activated during periods of rest with the eyes closed. The DMN is comprised of the posterior cingulate cortex, precuneus, temporoparietal regions, medial prefrontal cortex, and parahippocampal gyri. Deactivation of the DMN during goal-directed activities is produced by action of the GABAergic system. After brain injury, the degree of preserved DMN connectivity seen on fMRI, PET, and SPECT appears to be related to level of consciousness.[22,23] DMN deactivation appears to be absent in patients in vegetative state and partially preserved in those in MCS.[24–27] However, its usefulness in accurately differentiating vegetative state from MCS in individual patients is limited.[28]

Coleman et al.[29] used fMRI to determine if patients in vegetative state retain some aspects of language comprehension. Indeed, some evidence of activation of the primary auditory cortex was noted in response to spoken language. However, the authors conceded that these findings did not imply actual language comprehension or consciousness. For conscious awareness of speech to occur, language must be "heard" in the auditory primary cortex, recognized in the auditory association cortex, and finally comprehended in Wernicke's area. Laureys et al.[30] found that, although auditory primary cortices are activated by auditory stimulation in the patient in vegetative state, the higher order association areas were not. They concluded that these functional disconnections preclude the integrated processing necessary for understanding, reflection, and awareness. Consistent with this view is the finding of improvement in disrupted connections between thalamic nuclei and their projections to the prefrontal and cingulate cortical regions in patients who have recovered consciousness.

Monti et al.[8] studied 54 patients with severe brain injuries, including 23 in vegetative state and 31 in MCS. fMRI was used to assess each patient's ability to reliably and repeatedly perform motor imagery (for example, imagining swinging an arm to return a tennis ball back and forth with an instructor) and spatial imagery (for example, imagining walking from room to room in their home and visualizing all they would see there). Among the 54 patients, five were identified who could willfully modulate their brain activity. Of these five patients, four had carried a diagnosis of vegetative state prior to the study, and all five had sustained traumatic brain injuries. The four vegetative patients who were able to demonstrate cognitive awareness were clinically reassessed, and two of them exhibited some behavioral indications of consciousness. The remaining two patients remained unresponsive on repeated clinical bedside evaluations. Thus, functional neuroimaging can detect unambiguous signs of consciousness in individuals who clinically appear to be in vegetative state. Additional tests were conducted on one of the patients who was initially thought to

be in vegetative state but who was found to be in MCS on subsequent examination. That patient was able to modulate his brain activity on fMRI to answer yes/no questions. A recent validation study comparing PET imaging and fMRI concluded that fMRI is less sensitive at diagnosing MCS (45%) than PET (93%).[31]

## PROGNOSIS OF DISORDERS OF CONSCIOUSNESS

In 1994, the Multi-Society Task Force on Persistent Vegetative State (PVS)[32] performed a retrospective analysis of available outcome data for individuals who remained in vegetative state for 1 month or more following either traumatic or nontraumatic injuries to the brain. They found that the prognosis for recovery was directly related to the duration of vegetative state and its cause.

Outcome data was available for 434 adult patients who had sustained traumatic brain injuries. Of those still in vegetative state 1 month after injury, 52% went on to recover consciousness by 1 year posttrauma. Of those still in vegetative state at 3 months following traumatic brain injury, 35% recovered consciousness by 1 year. The likelihood of recovery by 1 year postinjury fell to 16% for those who were still vegetative at 6 months.

The Multi-Society Task Force on PVS[32] also examined the available outcome data for 169 adult patients who remained in vegetative state at 1 month after nontraumatic brain injuries, such as anoxia. Of those still in vegetative state 30 days after a nontraumatic brain injury, the chance of recovering consciousness at 1 year was only 15%. Among those still in vegetative state at 3 months postinsult, only 7% improved by 1 year. No patient who remained vegetative at 6 months recovered consciousness by 1 year.

Given the decreasing probability of recovery from vegetative state of increasing duration and the difference in prognosis associated with the cause of vegetative state (traumatic versus nontraumatic), the Multi-Society Task Force on PVS[33] suggested that the adjective *permanent* be applied to the term vegetative state 12 months after traumatic brain injury and 3 months after nontraumatic brain injury. The term *persistent* is applied when the duration of vegetative state exceeds 30 days.[33] However, the use of the terms *persistent vegetative state* and *permanent vegetative state* is the subject of some controversy as a result of rare cases of late recovery. The Aspen Group has proposed that the terminology *vegetative state* be used, accompanied by its duration and cause(s).[34]

Prognosis for recovery from vegetative state corresponds not only to the duration and cause of vegetative state but also to age (with older patients having a poorer prognosis) and initial Glasgow Coma Scale score and likely corresponds to the findings on imaging studies discussed in the preceding sections of this chapter.

However, it should be noted that the Multi-Society Task Force on PVS performed a retrospective analysis in 1994, long before the diagnostic criteria of MCS were defined and

in widespread use. Thus, it is likely that the 434 patient studies included those in vegetative state as well as MCS. Giacino and Kalmar[35] documented that 50% of MCS patients progress to moderate or no disability 1 year after injury compared to less than 5% of vegetative patients. Outcomes are best when patients recover to MCS within 8 weeks of injury. Late recovery (more than 3 months postinjury) is more likely in MCS than vegetative state. Up to 30% of patients in MCS for 1 year can emerge from this condition although typically most are left severely disabled.[36] Clearly, additional research is warranted to better define prognosis based on etiology, age, diagnosis, duration of unconsciousness, neuroanatomical lesions, and functional neuroimaging.

## ENHANCING THE POTENTIAL FOR RECOVERY FROM VEGETATIVE STATE AND MCS

### Establish a baseline of neurologic function

The patient's medical history must be thoroughly reviewed, and careful serial examinations must be undertaken to document a neurologic baseline. Giacino et al.[37] have outlined a thoughtful approach to the assessment of the patient with a disorder of consciousness.

The assessment of arousal and cognitive content is but a part of a complete physical and neurologic examination. Cranial nerves should be evaluated because their function is a reflection of brain stem integrity. Muscle tone and abnormal posturing should be assessed. Severe spasticity or rigidity may preclude visible limb movement. In patients with disorders of consciousness, strength is inferred from observed spontaneous movement because formal manual muscle testing is not possible. Be aware of contractures that may limit movement. The patient's response to noxious stimulation should be assessed, and reflexes (normal and pathologic) should be noted.

When establishing a baseline of cognitive function, some general principals should be observed. All evaluations should be conducted in an environment free of competing stimuli. A period of observation at the outset of the evaluation is warranted to determine the frequency of spontaneous nonpurposeful movement prior to evaluating the patient's ability to respond. Commands should be short, clear, and given at a time of day when the patient is typically most alert. Requests should target responses that are within the patient's available motor repertoire. Sufficient time should be allowed for an individual with slowed central processing to respond. Eye blinks are notoriously difficult to interpret because the average individual blinks spontaneously more than five times per minute. To optimize the chances of command-following, requests should be repeated, and one may wish to add visual demonstration to verbal requests. If it is difficult to determine whether an observed motor response is random, a simple command such as "stop moving" or "keep still" can be given. Problems such as aphasia and/or limited cognitive endurance should be considered.

Most patients with disorders of consciousness will saturate relatively quickly, and prolonged examinations are unlikely to elicit a patient's best performance.

Multistep instructions, which may include if/then and yes/no components, are significantly more difficult for patients to understand than simple one-step commands. During the early stages of recovery, patients generally have severe memory deficits, including impairments in working memory. When if/then requests are made, the patient may be unable to hold the first part of the command in working memory. As a result, they may follow the instruction given at the end of the sentence. For example, when asked, "If you are a man, then raise one finger," the female patient may proceed to move the designated body part, unrelated to any if/then or yes/no communicative intent. When assessing an individual's ability to respond to yes/no questions, it is essential to select simple questions to which the clinician knows the answer and questions that do not rely on the patient's impaired short-term memory.

When attempting to determine whether a patient has emerged from vegetative state, one should keep in mind that the first signs of recovery include the appearance of sustained visual fixation and tracking as well as localization to auditory or tactile stimuli.[4] Thus, these are the goal behaviors for individuals in vegetative state. An examination targeting more complex behaviors may overlook these important emerging signs of meaningful interaction.

Standardized rating scales should be used to assist in the evaluation of patients with disorders of consciousness. The Western Neuro Sensory Stimulation Profile (WNSSP), the JFK Coma Recovery Scale–Revised (CRS-R), and the Coma/Near-Coma Scale (C/NC) have all been used with some success.[7,38–40] However, the CRS-R appears to be the most sensitive standardized assessment tool that evaluates patients across multiple domains (auditory, visual, motor, oromotor, and cognitive-linguistic function) and incorporates the criteria needed to differentiate vegetative state from MCS and from MCS-emerged.[41,42]

## Rule out treatable causes of failure to improve

Before considering the off-label prescription of activating medication, the physician should rule out treatable causes of the patient's failure to improve. This workup should include a noncontrast CT scan of the brain, neuroendocrine screening, an EEG, basic laboratory testing for the causes of dementia, an assessment of the patient's general nutrition, review of medications, and an evaluation of the patient's sleep habits to diagnose possible disruptions in restorative sleep.

### INTRACRANIAL COMPLICATIONS

Intracranial complications can impede recovery. A noncontrast CT brain scan is the screening test of choice to rule out the delayed development of complications such as hydrocephalus. Ventricular dilatation occurs in a large percentage of patients after severe brain injury as the result of cerebral atrophy, hydrocephalus, or both. Hydrocephalus can, therefore, present a diagnostic challenge, especially when it is superimposed on severe brain injury with some degree of associated encephalomalacia. In the awake and alert patient, the classic triad of dementia, ataxia of gait, and incontinence may be readily apparent. However, patients who are vegetative or minimally conscious are more difficult to evaluate. The physician should maintain a high index of suspicion in patients who have risk factors for the development of hydrocephalus, including a history of subarachnoid hemorrhage, intraventricular extension of blood, skull fractures (especially depressed skull fractures), and meningitis.[43] Hydrocephalus is generally treated with surgical placement of a ventriculoperitoneal shunt. In uncertain cases, a confirmatory test, such as a cisternogram or lumbar tap tests may be considered.[44] However, no single test or combination of tests has proven to be entirely accurate in predicting shunt responsiveness. Untreated, hydrocephalus will cause progressive neurologic decline in awake and alert patients. In vegetative patients, untreated hydrocephalus can preclude neurologic recovery. In those patients who fail to improve following shunt placement, follow-up CT brain scans or a nuclear medicine shunt study can rule out suboptimal shunt function.

### ENDOCRINE DYSFUNCTION

Endocrine dysfunction is also associated with traumatic brain injury. Kelly et al.[45] found that approximately 40% of patients with moderate or severe head injuries suffered posttraumatic pituitary hormonal insufficiency. The sodium and water abnormalities associated with posterior pituitary dysfunction (diabetes insipidus and syndrome of inappropriate antidiuretic hormone) are typically readily apparent to the general practitioner. However, the signs and symptoms of anterior pituitary dysfunction are frequently masked by the patient's neurologic deficits. Therefore, screening should include morning serum cortisol, free T3, free T4, thyroid-stimulating hormone (TSH), insulin-like growth factor I (IGF-I), follicle stimulating hormone (FSH), luteinizing hormone (LH), testosterone (in men) or estradiol (in women), and prolactin levels. Because IGF-1 may lack adequate sensitivity, a provocative test, such as an arginine infusion, may be warranted. If any levels are abnormal or there is a high index of suspicion, the patient may be referred to an endocrinologist for further evaluation. Outcome may be optimized by the identification and treatment of pituitary dysfunction.[46]

### SUBCLINICAL SEIZURE ACTIVITY

Subclinical seizure activity can preclude emergence from vegetative state. Seizures and nonconvulsive status epilepticus can be diagnosed electroencephalographically. After EEG confirmation, anticonvulsant treatment should be provided. Elimination of previously unrecognized ongoing seizure activity might markedly improve an individual's level of arousal and attention.

198 Neuropharmacologic considerations in treatment of vegetative and minimally conscious states following brain injury

## LABORATORY TESTING

Laboratory testing to screen for the abnormalities associated with reversible dementias may be useful. These tests include a B12 level, folate level, rapid plasma reagin (RPR), and TSH. In the presence of abnormal liver function, one may consider checking a serum ammonia level, serum copper level, and ceruloplasmin. For the most part, these dementias are easy to diagnose and treat. Left untreated, however, they can negatively affect an individual's ability to improve neurologically.

## MALNUTRITION

Malnutrition and an associated catabolic state may render patients less able to demonstrate robust neurologic recovery. Many patients with disorders of consciousness present to rehabilitation hospitals or long-term care facilities with a history of significant weight loss and laboratory indices consistent with malnutrition. Attention to adequate nutrition is a basic tenet of the care of the brain-injured patient.

## SLEEP DISTURBANCE

Sleep is closely linked to brain function. Mounting evidence supports the role of sleep in learning, memory, and neural plasticity.[47-50] Efforts should be made to normalize disturbed sleep–wake cycles. In addition, adequate time for restorative naps during the day should be scheduled.

## Eliminate or reduce sedating medications

Pharmacologic intervention should first focus on identifying and reducing or eliminating potentially sedating medication when possible. In a classic study by Temkin et al.,[51] the prescription of anticonvulsant therapy provided no reduction in the incidence of posttraumatic seizures beyond the first 7 days following acute severe head trauma. When continued anticonvulsant therapy is necessary, several issues warrant consideration. Trimble and Thompson[52,53] have demonstrated that anticonvulsant drug selection, blood levels, and combination drug therapy (polytherapy) have an effect on cognitive function. Higher drug levels, even within the therapeutic range, are associated with an increased incidence of adverse cognitive effects. Polytherapy is generally associated with greater impairment on neuropsychological testing than monotherapy.

Of the older anticonvulsant drugs, phenytoin (Dilantin) may have a larger negative effect on cognition than valproic acid (Depakote, Depakene). Among the newer generation of anticonvulsants, evidence points to greater cognitive impairment with topiramate (Topamax) and zonisamide (Zonegran).[54-56] Gualtieri and Johnson[57] examined the differential cognitive effects of carbamazepine (Tegretol), oxcarbazepine (Trileptal), lamotrigine (Lamictal), topiramate, and valproic acid in 159 patients with bipolar disorder. Lamotrigine and oxcarbazepine were found to have the least negative effect on cognition. In a separate study, levetiracetam (Keppra) was found to have no effect on neuropsychological test performance across several cognitive domains in patients with focal epilepsy.[58]

In an uncontrolled preliminary study of the effect of lamotrigine on recovery from severe traumatic brain injury, 13 patients who remained at Rancho Los Amigos levels I to III for an average of 87.5 days after injury were switched from another anticonvulsant to lamotrigine.[59] Compared with the rehabilitation unit's general experience with similar patients, a trend toward improved outcomes, as evidenced by a greater percentage of home discharges, was observed. Given the small size of the study, lack of a control group, and treatment during a phase of spontaneous neurologic recovery, no firm conclusions can be drawn about the effect of switching to lamotrigine for facilitation of recovery.

Animal studies have demonstrated that a number of drugs may exert a positive or negative influence on the recovery of function following brain injury or stroke.[60-62] In a seminal study by Feeney et al.,[63] a single dose of d-amphetamine (which increases levels of the neurotransmitters norepinephrine and dopamine) was given 24 hours after unilateral motor cortex ablation in the rat. When coupled with the opportunity for training, a measurable and enduring improvement in motor recovery was documented compared with injured control animals that did not receive d-amphetamine. Interestingly, animals that received a single dose of d-amphetamine but were restrained in cages too small to allow significant locomotion did not show this facilitation of motor recovery. The investigators also found that the administration of a single dose of the dopamine receptor blocker haloperidol within 24 hours of unilateral motor cortex injury markedly slowed recovery of motor skills in the rat even if an opportunity for training was allowed. This study elegantly demonstrates that medications can facilitate or inhibit motor recovery.

Goldstein[62] makes the case that drugs that affect neurotransmitter systems may modulate neural plasticity and recovery from traumatic brain injury. The weight of available experimental evidence supports avoiding medications that are dopamine or norepinephrine antagonists. This includes neuroleptics, metoclopramide (Reglan), and prochlorperazine (Compazine). Neuroleptic medications may prolong the period of posttraumatic amnesia.[64,65] Prazosin (Minipress) and terazosin (Hytrin) may inhibit noradrenergic neurotransmission via selective blocking of alpha-1 receptors. The alpha-2 selective adrenergic receptor agonist clonidine (Catapres) has been found to inhibit motor recovery in animal models when given acutely after injury.[62] This alpha-2 agonist suppresses the release of norepinephrine from postganglionic sympathetic nerves. The reader is referred to Chapter 16 for a detailed discussion of commonly used medications and their effects on neurotransmitter systems.

## PHARMACOLOGIC INTERVENTION TO ENHANCE AROUSAL AND RESPONSIVENESS

Medications that are prescribed to facilitate recovery from vegetative state and MCS are thought to exert their effects

through the modulation of neurotransmitter systems. Our understanding of these systems is still evolving. Clearly, pharmacologic intervention may be beneficial in the treatment of individuals with disorders of consciousness. The drugs used to facilitate neurologic recovery in these patients are generally well-known medications that are used off-label. A discussion of herbal medications is outside the scope of this chapter.

Off-label prescribing is the physician practice of prescribing a drug for a purpose different from that for which it is approved by the Food and Drug Administration (FDA). It should be noted that the prescription of each of the medications to be discussed here for brain injury-induced disorders of consciousness is considered off-label. Legally, any approved product may be used for purposes other than that for which it has received FDA approval.[66] In other words, off-label prescribing is not illegal. Because there are no approved drugs for the treatment of certain diseases, such as disorders of consciousness, and because the discovery of novel therapeutic applications of existing medications proceeds faster than the historically slow FDA review process, off-label use may reflect state-of-the-art treatment or even the standard of care. Physicians may wish to inform patients or their representatives of the intent to use a medication off-label.[67] As with all informed consent, the risks and benefits of both the proposed treatment and its alternatives should be discussed. If the intent of drug treatment is to provide potential patient benefit, it is not considered experimental, and therefore, approval of an institutional review board is not necessary. If, on the other hand, the drug is being prescribed to test a theory, then the intervention should be considered an experiment, and institutional review board approval is recommended.

The rationale for neurotransmitter augmentation relates to known disturbances in neurotransmitter systems following brain injury. Immediately following brain trauma, acute neuroexcitation releases neurotransmitters, and the measured levels of glutamate, dopamine, norepinephrine, and acetylcholine are elevated. However, during the chronic phase, beginning more than 24 hours after injury and lasting for weeks to months, these neurotransmitter systems may be functionally depressed.[61] In theory, pharmacologic intervention may be able to normalize the equilibrium of neurotransmitter systems that have been altered by trauma.

Arciniegas and Silver[68] proposed that medication choices should be based on the hypothesized link between the neurotransmitter systems and the targeted cognitive process. Thus, posttraumatic impairments in arousal would be expected to be sensitive to catecholaminergic, cholinergic, histaminergic, and/or glutaminergic augmentation.

## Catecholaminergic neuromodulation

Dopamine and norepinephrine both fall under the category of catecholamine neurotransmitters. Each has been studied in the context of improving cognitive function after brain injury. Dopaminergic neurons are found in the hypothalamus and the substantia nigra of the midbrain whereas noradrenergic neurons are primarily located in the locus ceruleus and lateral tegmentum of the brain stem. These neurons contribute to the ARAS and have been implicated in the maintenance of arousal and attention.

## DOPAMINERGIC NEUROMODULATION

### Amantadine hydrochloride

Originally designed as an antiviral medication, amantadine (Symmetrel) has been explored as an agent to facilitate recovery following severe traumatic brain injury. Amantadine enhances dopaminergic neurotransmission both pre- and postsynaptically. It facilitates dopamine release and blocks its reuptake presynaptically. Amantadine also increases the number of postsynaptic dopaminergic receptors and potentially alters their configuration. In addition, amantadine may help restore the balance between glutaminergic and dopaminergic neurotransmitter systems through its role as an N-methyl-D-aspartate (NMDA) antagonist. The NMDA receptor is one of several glutamate receptors.

Giacino et al.[69] conducted a well-designed, randomized control study of amantadine's effect on the rate of recovery of 184 patients in either vegetative state or MCS. All patients were 1 to 4 months posttraumatic brain injury and were enrolled in inpatient rehabilitation. Patients were randomly assigned amantadine or placebo for 4 weeks, and they were followed for an additional 2 weeks after treatment was terminated. The Disability Rating Scale (DRS) was used to assess each patient's clinical status. Recovery was measurably faster in the amantadine group during the 4-week treatment period regardless of whether patients were enrolled early (28–70 days postinjury) or late (71–112 days postinjury) or whether they were in vegetative state or MCS at the start of the study. However, the rate of recovery slowed considerably during the amantadine washout period. At 6-week follow-up, the change in DRS scores between baseline and week 6 was indistinguishable in the two groups.

In a single case design study by Zafonte et al.,[70] amantadine was prescribed to a 36-year-old male 5 months following a traumatic brain injury. His initial Glasgow Coma Scale score was III. His best performance prior to drug administration included only visual fixation and tracking. The dose of amantadine was gradually increased to 400 mg per day. Neurologic improvements were subsequently noted, including command following. When the amantadine dose was reduced, a sharp deterioration in the patient's level of functioning was observed. With reinstitution of amantadine at a total daily dose of 400 mg, the patient went on to make significant progress in his rehabilitation program. He ultimately became independent in basic self-care and ambulation using a cane. Eight months after the injury, amantadine was discontinued, and the patient maintained his neurologic gains. Thus, the authors suggest that amantadine may have a role in the treatment of patients in MCS.

In an 8-week, prospective, double-blind, randomized trial, Patrick et al.[71] assessed the effectiveness of the

dopamine agonists amantadine and pramipexole (Mirapex) on the neurologic recovery of 10 children and adolescents who were at or below a Rancho Los Amigos level of III for at least 1 month following traumatic brain injury. The mean age of study participants was 16.7 years. Six of the 10 children were prescribed amantadine, and four were prescribed pramipexole. Overall, the weekly rate of change as measured with the C/NC, WNSSP, and DRS was significantly better for those children who were prescribed a dopamine agonist medication than those who were not. No significant difference in efficacy was seen between the two drugs.

Reynolds et al.[72] studied 588 patients who sustained anoxic brain injuries. Methylphenidate was given to eight patients: Six received amantadine, and two received both. The patients receiving neurostimulants trended toward improved command-following and survival to hospital discharge.

Kraus et al.[73] evaluated the effect of amantadine in 22 traumatically brain-injured adults, the majority of whom were more than 1 year postinjury. The investigators hypothesized that amantadine would exert its effect in the prefrontal cortex. Neuropsychological testing demonstrated significant improvements in executive function, and analysis of PET data revealed a corresponding measurable increase in left prefrontal cortex glucose utilization.

Amantadine is approved for use in the prophylaxis and treatment of infection caused by various strains of influenza A virus. Amantadine is also used to treat Parkinsonism and drug-induced extrapyramidal reactions. Its use for disorders of consciousness associated with brain injury is considered off-label.

Peak plasma concentration is achieved between 2 and 4 hours after oral administration. The half-life of amantadine averages 15 hours in young patients and 29 hours in the elderly. Amantadine generally exerts its effect within 4 weeks of administration.

The most common adverse effects associated with amantadine are nausea, dizziness, and insomnia. Because patients with disorders of consciousness are unable to complain of nausea, it is prudent to monitor gastric residuals in those individuals on tube feeding. If gastric residuals exceed 70 to 100 mL, the dose should be decreased or the drug should be discontinued to reduce the risk of emesis and aspiration. Less frequently reported are depression, anxiety, irritability, confusion, anorexia, dry mouth, constipation, diarrhea, ataxia, tachycardia, diaphoresis, hypertonicity, orthostatic hypotension, peripheral edema, headache, somnolence, lability, and fatigue. Instances of tachycardia, diaphoresis, and hypertonicity in patients with disorders of consciousness can be confused with sympathetic storming, warranting a reduction or tapering off the drug. Reversible liver enzyme abnormalities have also been reported in patients receiving amantadine. It may cause mydriasis and should not be given to patients with untreated angle closure glaucoma. Furthermore, amantadine should not be discontinued abruptly because of the possibility of triggering neuroleptic malignant syndrome, especially if the patient is receiving neuroleptics concurrently. When given with triamterene/hydrochlorthiazide (Dyazide), an increase in blood levels of amantadine may occur, increasing the likelihood of adverse effects. Because of the possibility of adverse cardiac effects, it may be prudent to obtain an electrocardiogram (EKG) prior to the initiation of amantadine and to check a follow-up EKG a few days into treatment.

Adult dosing may start at 50 mg once daily. The dose can be increased to a maximum of 400 mg per day, generally given in divided doses of 200 mg twice daily. An improvement in arousal may be apparent at doses of 100 mg twice daily. The dose should be markedly reduced in patients with renal disease. Amantadine is excreted in the urine, and clearance of amantadine is significantly decreased in patients with renal insufficiency. The elimination half-life increases two- to threefold when the creatinine clearance is reduced. In patients on hemodialysis, clearance of amantadine averages 8 days, and a lower dose should be given only one to two times per week.

## Sinemet

A preparation of carbidopa and levodopa (Sinemet) increases dopamine synthesis presynaptically. In 1988, Lal et al.[74] explored the use of Sinemet for 12 patients who had sustained either traumatic brain injuries or hypoxic ischemic brain injuries. Sinemet was found to exert a favorable effect on measures of alertness, memory, posture, and speech.

Patrick et al.[75] studied 10 children (mean age 13.7 years) who were 30 days or more posttraumatic brain injury. One of a variety of dopaminergic agents (either methylphenidate, pramipexole, amantadine, bromocriptine, or levodopa) was prescribed. The slope of the patients' premedication recovery curve was used for comparison against the rate of change observed on medication. A trend toward greater improvement over time was documented, using the WNSSP, when the children were prescribed a dopaminergic drug. The authors concluded that dopamine-enhancing medications may accelerate recovery in children with reduced responsiveness. This small study was undertaken during the period of spontaneous recovery within the first 3 to 4 months postinjury, making generalization of these results difficult.

Matsuda et al.[76] subsequently investigated the effect of dopaminergic augmentation in three patients who remained in persistent vegetative state after traumatic brain injury. All three patients had MRI evidence of high-intensity lesions within the dopaminergic pathway of the dorsolateral midbrain. In addition, all three exhibited physical findings consistent with Parkinsonism, including rigidity, akinesia, and/or tremor. Rapid recovery within 1 to 4 weeks after initiation of Sinemet was seen in all patients.

Case 1 was a 14-year-old boy who had sustained a traumatic brain injury with an initial Glasgow Coma Scale score of IV. He remained in vegetative state at 3 months postinjury at which point benserazide/levodopa 25/100 mg twice daily was prescribed. Nine days later, he began to localize by

turning his eyes toward voices. Twenty days after the initiation of levodopa, he was able to follow commands. One year later, he was able to walk to high school independently, and the medication was discontinued.

Case 2 was a 27-year-old man who had suffered a traumatic brain injury with an initial Glasgow Coma Scale score of IV. He remained in vegetative state at 1 year postinjury at which time levodopa was prescribed. Eight days later, he began to show evidence of visual tracking. Twenty-five days later, the medication was changed to benserazide/levodopa. At that point, he began to communicate yes and no via eye blinks. Ten months after the start of the medication (22 months after his injury), he began to use a word processor to communicate. One year after the drug was started, he was able to write, "I want to eat sushi and drink beer!"

Case 3 was a 51-year-old gentleman with posttraumatic brain injury with an initial Glasgow Coma Scale score of VI. Seven months after trauma, he remained in vegetative state. It was at this time that carbidopa/levodopa was initiated in a dose of 10/100 mg three times daily. Four days after start of treatment, he was able to follow simple verbal commands for the first time. Two months after the medication was started, his tracheostomy tube was weaned, and he was able to speak and state his name and address correctly.

The authors concluded that levodopa treatment should be considered for patients with signs of Parkinsonism and MRI findings of lesions in the dopaminergic pathways from the substantia nigra or tegmentum of the brain stem.

Levodopa works presynaptically and, therefore, requires relatively intact dopaminergic neurons to exert its effect. Matsuda et al.[77] contended that one should select a specific dopaminergic agent based on whether the drug acts presynaptically or postsynaptically, using neuroimaging studies to help guide drug selection. For example, if there is only incomplete damage to the substantia nigra or tegmentum, levodopa may be effective. In the absence of contraindications, this drug is a reasonable choice to facilitate neurologic recovery in patients who have plateaued in vegetative or MCS.

When levodopa is administered alone, it is rapidly decarboxylated in the peripheral tissue so that only a small portion is left to cross the blood-brain barrier. The addition of carbidopa inhibits the inactivation of peripheral levodopa. Sinemet, which is a combination of levodopa and carbidopa, is FDA-approved for use in Parkinson's disease and Parkinsonian syndrome. Its use to facilitate improved alertness for brain-injured patients is off-label. The mean time to peak concentration of levodopa after a single dose of Sinemet is 0.5 hour. The plasma half-life of levodopa in the presence of carbidopa is approximately 1.5 hours. Extended-release preparations are available, such as Sinemet CR, which release the drug over a 4- to 6-hour period. Peak concentrations of levodopa are reached approximately 2 hours after a single dose of Sinemet CR 50/200. However, the bioavailability of levodopa from Sinemet CR is not as high as that in Sinemet. Therefore, the total daily dose of levodopa necessary to produce a clinical response is usually higher when using the sustained-release formulation.

Because of the risk of insomnia, it may be preferable to administer Sinemet two to three times per day with the last dose given in the late afternoon. There are no specific guidelines regarding its use in vegetative state and MCS, and there is wide variation in how this drug is prescribed. It is estimated that 70 to 100 mg daily of carbidopa is necessary to saturate peripheral dopa decarboxylase. Therefore, patients who are receiving less than this amount of carbidopa may be more likely to experience nausea and vomiting. Upward titration of the dose should proceed carefully while observing for the possibility of side effects. Because patients with disorders of consciousness are unable to communicate that they are nauseated, gastric residuals should be carefully checked. If gastric residuals consistently exceed 70 to 100 mL, the dose should be decreased and/or a preparation with more carbidopa should be considered, i.e., changing from a single 25/250 (25 mg of carbidopa and 250 mg of levodopa) tablet to two tablets of 25/100 each.

Sinemet should be administered cautiously to patients with a history of myocardial infarct and/or atrial, nodal, or ventricular arrhythmias. Because of the possibility of adverse cardiac effects, it may be prudent to obtain an EKG prior to the initiation of Sinemet and to check a follow-up EKG a few days into treatment. Malignant melanoma and narrow-angle glaucoma are contraindications to use of this drug. Sinemet may also increase the possibility of an upper gastrointestinal hemorrhage in patients with a history of peptic ulcer disease. The most common adverse reactions seen with Sinemet are nausea, dyskinesias, and other involuntary movements. Psychosis may be seen in high-level patients on rare occasion. Neuroleptic malignant syndrome has been reported in association with rapid dose reductions or withdrawal of Sinemet. Sinemet should not be used with nonselective monoamine oxidase (MAO) inhibitors. Orthostatic hypotension may be observed when Sinemet is added to a drug regimen including antihypertensive medication, and adjustment of the dose of the antihypertensive drug or drugs may be necessary. The concomitant use of tricyclic antidepressants and Sinemet may rarely cause hypertension and dyskinesia.

Drugs that are dopamine receptor antagonists may reduce the effectiveness of Sinemet. Although Reglan may improve gastric emptying and thus increase bioavailability of Sinemet, its action as a dopamine receptor antagonist may adversely affect Sinemet's therapeutic efficacy.

### Bromocriptine

Bromocriptine (Parlodel) is a nonselective dopamine receptor agonist that works postsynaptically primarily at D2 and less so at D1 receptor sites. Bromocriptine may have an advantage over other dopaminergic drugs that work presynaptically in that it does not rely on intact dopaminergic neurons. Bromocriptine affects dopamine receptor sites directly. Therefore, if dopaminergic neurons are so severely damaged that no amount of presynaptic activation

202 Neuropharmacologic considerations in treatment of vegetative and minimally conscious states following brain injury

will result in sufficient dopamine release across the synaptic junction, then a direct dopamine agonist such as bromocriptine should be considered.

In a small study evaluating the effect of bromocriptine on recovery from vegetative state, Passler and Riggs[78] found that five adult patients who were in vegetative state for more than 30 days showed greater recovery of physical and cognitive function compared with patients described in previous outcome studies reported in the literature. However, the small sample size and the prescription of medication during a time of spontaneous recovery prohibit drawing firm conclusions from this study.

A double-blind, placebo-controlled, crossover design study with 24 high-level patients demonstrated that bromocriptine improved performance on tasks of executive function subserved by the prefrontal region, but it had no effect or a negative effect on working memory.[79] The effect of bromocriptine on working memory was subsequently evaluated by Gibbs and D'Esposito[80] using fMRI. Decreased activity during memory encoding was observed, suggesting that excess dopaminergic stimulation may result in impaired working memory encoding.

Bromocriptine is approved for use in the treatment of Parkinson's disease, hyperprolactinemia, and acromegaly. Its prescription for disorders of consciousness following brain injury is considered off-label use. Bromocriptine is generally started at 2.5 mg once daily. The dose can be increased gradually every few days as tolerated until an optimal response is seen. Adverse effects are more likely if the dose exceeds 20 mg daily.

Contraindications to the prescription of bromocriptine include uncontrolled hypertension and sensitivity to any ergot alkaloid. Use in pregnancy or in the postpartum period is not recommended.

As with Sinemet, bromocriptine should be prescribed with caution to patients with a history of myocardial infarct and/or atrial, nodal, or ventricular arrhythmia. Because of the possibility of adverse cardiac effects, it may be prudent to obtain an EKG prior to the initiation of bromocriptine and to check a follow-up EKG a few days into treatment.

Adverse reactions include nausea, headache, dizziness, vomiting, fatigue, hypotension, and insomnia. The incidence of adverse effects is highest at the beginning of treatment and, as noted, with doses in excess of 20 mg daily. Blood pressure should be monitored closely during the first few days of drug administration.

## Apomorphine

Apomorphine is a nonselective dopamine agonist that also activates serotonin receptors and alpha-adrenergic receptors. It is most commonly used in advanced Parkinson's disease when levodopa and other dopamine agonists fail. Emesis is a common side effect, and in veterinary medicine, it is used to induce vomiting in dogs that have ingested poisons. Fridman et al.[81] studied eight patients in vegetative state or MCS of 1 to 4 months duration after severe traumatic brain injury in an open label pilot study using continuous

subcutaneous apomorphine infusion. Improvements were seen as quickly as within 24 hours up to as late as 4 weeks. However, the study was performed within a time frame during which spontaneous recovery could still be expected, and no control group was used for comparison.

## Combination dopaminergic therapy

Kraus and Maki[82] assessed combined amantadine and carbidopa/levodopa therapy in the treatment of a 50-year-old female with frontal lobe syndrome 5 years after her traumatic brain injury. Treatment with amantadine reduced some but not all of her symptoms. The addition of carbidopa/levodopa resulted in significant additional improvements. The robust effect of combined dopaminergic treatment was attributed to the differential effect of each agent on pre- and postsynaptic dopaminergic activity as well as on the role of amantadine as an NMDA glutamate receptor antagonist. These findings may have implications for the use of combination therapy in patients with disorders of consciousness.

The combination of amantadine and Sinemet can be powerful in improving the alertness of patients with disorders of consciousness (pers. obs.). However, more research is needed before any specific treatment regimen can be recommended.

## Noradrenergic neuromodulation

Stimulants such as methylphenidate (Ritalin), amphetamines (Dexedrine and Adderall), and atomoxetine (Strattera) have effects on arousal, attention, processing speed, distractibility, memory, and mood in healthy people. Therefore, their usefulness in the treatment of the cognitive deficits seen after brain injury has been the subject of much interest. However, their potential for exacerbating the tachycardia so frequently seen in the acute stages of recovery following brain injury may limit the patient's ability to tolerate these drugs. In addition, tricyclic antidepressants, which modulate several neurotransmitters, including norepinephrine, have been explored as potential beneficial agents in the treatment of brain injury.

### METHYLPHENIDATE

Methylphenidate (Ritalin) works presynaptically to increase the release of both dopamine and norepinephrine, thereby facilitating catecholaminergic neurotransmission. Thus, methylphenidate requires relatively intact catecholaminergic neurons in order to exert its presynaptic effect.

Methylphenidate is approved for the treatment of attention deficit hyperactivity disorder (ADHD) and narcolepsy. Its prescription for disorders of consciousness following brain injury is considered off-label.

Plenger et al.[83] studied the effect of methylphenidate on recovery from traumatic brain injury. They concluded that methylphenidate enhanced the rate of recovery but not the ultimate outcome following brain trauma. However, limitations of this study included small sample size, high dropout

rate, and administration of the drug during the period of spontaneous recovery.

In two separate studies by Whyte et al.,[84,85] methylphenidate appeared to improve processing speed in awake and alert brain-injured patients. More recently, Martin and Whyte[86] assessed the effect of methylphenidate on patients in either vegetative state or MCS with disappointing results. In their rigorous single-subject, crossover design trials, methylphenidate had no effect on the level of arousal in either vegetative state or MCS. In addition, no improvement in the accuracy of responses was observed in minimally conscious patients. Thus, the promising results of methylphenidate trials in higher-level patients did not generalize to this patient population. However, the impact of methylphenidate in combination with medication that targets different aspects of neurotransmitter systems has not been systematically studied.

Methylphenidate is generally started at a dose of 5 mg twice daily. The dose can be increased gradually until an optimal response is achieved or intolerance develops. The usual dose prescribed in the rehabilitation setting is between 10 mg and 20 mg twice per day. Peak effect is observed between 30 minutes to 2 hours after drug administration. The duration of drug effect is approximately 3 to 6 hours. Generally, the first tablet is given upon awakening with additional doses given at 4- to 6-hour intervals. To reduce the likelihood of insomnia, drug administration should be avoided in the evening. Longer acting preparations are available.

Adverse effects include insomnia, headache, nervousness, and anorexia. Modest increases in heart rate and blood pressure may be observed. Contraindications to the prescription of methylphenidate include serious structural cardiac abnormalities, cardiomyopathy, coronary heart disease, serious arrhythmias, and glaucoma. Use in pregnant or breast-feeding women and in individuals on MAO inhibitors should be avoided.

## AMPHETAMINES

Dextroamphetamine (Dexedrine) and Adderall (a mixture of dextroamphetamine and racemic amphetamine) work presynaptically to increase the levels of both norepinephrine and dopamine. Thus, amphetamines require relatively intact catecholaminergic neurons to exert their effect. In addition, amphetamines inhibit the reuptake of serotonin, increasing available serotonin, a monoamine neurotransmitter that normalizes mood and sleep and reduces nociception. Despite the promising results seen in Feeney's[83] rat model of amphetamine-enhanced motor recovery, no compelling evidence exists that definitively supports the use of amphetamines for disorders of consciousness at this time.

Amphetamines are approved for the treatment of narcolepsy, ADHD, and as a short-term adjunct to calorie restriction and behavior modification for the management of obesity. The prescription of amphetamines for disorders of consciousness following brain injury is considered off-label use.

Amphetamines are typically started at a dose of 5 mg twice per day. The dose may be raised by 5 to 10 mg at weekly intervals until an optimal response is achieved or intolerance develops. The usual adult dose varies between 10 mg and 20 mg twice per day in the rehabilitation setting. Peak effect is observed between 30 and 60 minutes after drug administration. Typically, the first tablet is given upon awakening with additional doses given at 4- to 6-hour intervals. To reduce the likelihood of insomnia, drug administration should be avoided in the evening. Extended-release preparations are available.

Amphetamines are contraindicated in the presence of advanced arteriosclerosis, heart failure, recent myocardial infarction, serious cardiac structural abnormalities, coronary artery disease, cardiac arrhythmias, cardiomyopathy, moderate to severe hypertension, hyperthyroidism, agitated states, glaucoma, and in individuals with known hypersensitivity to sympathomimetic amines. Pregnant or breast-feeding women and individuals on MAO inhibitors should avoid taking amphetamines. Although a history of drug abuse is a relative contraindication, this may be a moot point for patients with disorders of consciousness. Serious cardiovascular effects can be seen if amphetamines are administered with tricyclic antidepressants, resulting from marked increases in the concentration of the amphetamine.

Adverse effects include hypertension, palpitations, tachycardia, dizziness, psychosis, insomnia, dyskinesia, headaches, tremor, dryness of the mouth, anorexia, weight loss, urticaria, and impotence.

## ATOMOXETINE

Atomoxetine (Strattera) is a selective norepinephrine reuptake inhibitor that is approved for use in the treatment of ADHD. Atomoxetine may also increase levels of dopamine and acetylcholine. Its prescription for disorders of consciousness following brain injury is considered off-label use.

Murdock and Hamm[87] assessed the effect of atomoxetine given within 24 hours of moderate traumatic brain injury in rats. The investigators found that the atomoxetine-treated animals had measurably less cognitive deficits than saline-treated animals. However, in a separate experiment, it was found that if atomoxetine treatment was delayed for 10 days after brain trauma and provided on days 11 through 29 after injury, the treated animals developed greater cognitive impairment. Therefore, it is clear that the timing of drug administration may influence its potential impact on the central nervous system.[61]

There are no clinical studies evaluating the efficacy of atomoxetine for prolonged disorders of consciousness following traumatic brain injury. However, Ripley[88] asserts that, theoretically, this norepinephrine reuptake inhibitor may be useful if added to agents that affect different aspects of the catecholaminergic neurotransmitter systems.

Strattera should not be taken with an MAO inhibitor or within 2 weeks of discontinuing an MAO inhibitor. Use of Strattera is contraindicated in the presence of narrow-angle

glaucoma. Liver function should be monitored while on Strattera, and dosage adjustment is recommended for patients with liver disease. Uncommon allergic reactions, including angioneurotic edema, urticaria, and rash, have also been reported in patients taking Strattera. Because Strattera can increase blood pressure and heart rate, it should be used with caution in patients with hypertension, tachycardia, or cardiovascular disease. The dose of atomoxetine may need to be reduced when the drug is administered with paroxetine (Paxil), fluoxetine (Prozac), and quinidine.

Adverse events in patients treated with Strattera include dyspepsia, nausea, vomiting, fatigue, reduced appetite, dizziness, orthostatic hypotension, insomnia, urinary retention, and mood swings. Aggression, irritability, somnolence, and vomiting are generally the main reasons for discontinuation of the drug.

## TRICYCLIC ANTIDEPRESSANTS

Tricyclic antidepressants, including desipramine (Norpramin), protriptyline (Vivactil), doxepin (Sinequan), imipramine (Tofranil), amitriptyline (Elavil), and nortriptyline (Pamelor), are FDA-approved for the treatment of depression, panic disorder, obsessive-compulsive disorder, ADHD, migraine headaches, eating disorders, and bipolar disorder. Tricyclic antidepressants may affect widespread neurotransmitter systems. These drugs selectively block norepinephrine reuptake, thereby increasing available norepinephrine in the central nervous system. Tricyclic antidepressants may also inhibit the reuptake of serotonin, thereby potentiating its effects. In addition, tricyclic antidepressants exhibit significant anticholinergic and antihistaminergic properties.

Reinhard et al.[89] examined the effects of tricyclic antidepressants in three brain-injured patients. Case 1 was a 27-year-old man in MCS 6 months postinjury. He was started on amitriptyline 50 mg daily, and within several days, he began to verbalize and respond to yes/no questions. By 7 months postinjury, he was able to begin gait training. When the amitriptyline was discontinued, his level of responsiveness deteriorated, and his verbalizations ceased. With reinstatement of the drug, he once again improved.

Case 2 was a 23-year-old woman at a Rancho Los Amigos level III 2 months postinjury. Desipramine was started and gradually increased to a total daily dose of 50 mg. Following administration of the drug, she began to follow commands. Three months later, the desipramine was gradually discontinued, and the patient became lethargic. When the drug was resumed, there was a rapid improvement in her level of alertness and function.

Case 3 was a 26-year-old man who remained in MCS for 19 months. He was prescribed desipramine, 75 mg daily. Four days later, he began to verbalize single words for the first time. Within months, he was able to communicate effectively. When the desipramine was discontinued several months later, there was no deterioration in his level of function. In all three cases, there was a close temporal relationship between the neurologic improvement and the prescription of a tricyclic antidepressant. In two of the three cases, the level of arousal deteriorated when the drug was withdrawn and improved when the drug was resumed, supporting the contention that the tricyclic antidepressant was responsible for the change in neurologic status.

Tricyclic antidepressants may be administered once a day due to their long half-life. Most adverse effects reflect the anticholinergic and central nervous system properties of this class of drugs. Thus, in the population of patients with disorders of consciousness, the primary relevant concerns include urinary retention, gastroesophageal reflux with possible aspiration of stomach contents, and lowering of seizure threshold. Although drowsiness is common, some patients may demonstrate restlessness and insomnia. The presence of glaucoma, cardiovascular disease, and the concomitant administration of MAO inhibitors are contraindications to use of tricyclics.

In addition, drug interactions may be serious. Sympathomimetic medication, such as amphetamines, should not be given with tricyclic antidepressants due to the possibility of fatal pressor and cardiac effects. Coadministration of tricyclics with levodopa may delay gastric emptying of levodopa, allowing for its inactivation. Caution should also be exercised when prescribing tricyclic antidepressants to patients on thyroid medication.

## GABA neuromodulation

GABA is a major inhibitory neurotransmitter. Medications such as zolpidem (Ambien), diazepam (Valium), lorazepam (Ativan), and baclofen (Lioresal) facilitate GABA neurotransmission.

## ZOLPIDEM (AMBIEN)

Zolpidem facilitates GABA neurotransmission. It is a non-benzodiazepine hypnotic of the imidazopyridine class. Benzodiazepines bind nonselectively to all omega receptor subtypes of the $GABA_A$ receptor complex. Zolpidem, however, stimulates GABA neurotransmission by selectively binding to only omega 1 receptors.

Clauss and Nel[90] studied the effect of zolpidem on three patients who had been in vegetative state for at least 3 years. Prior to drug administration, the patients' Rancho Los Amigos levels ranged from I to II, and their Glasgow Coma Scale scores were between VI and IX. All three patients regained transient awareness and the ability to follow commands and communicate for up to 4 hours after drug administration. One hour after drug administration, Rancho Los Amigos levels increased to between V and VII, and Glasgow Coma Scale scores ranged from X to XV. It is noteworthy that all of the patients who emerged from vegetative state did so within 1 hour on the first day that the drug was administered. However, all three patients returned to vegetative state daily when the effect of the medication subsided. Clauss and Nel[90] postulated that brain injury triggers a state of dormancy of normal, unaffected brain tissue called diaschisis and that the symptoms exhibited by brain-injured

patients are the result of a combination of structural brain damage as well as neurodormancy. Reversal of diaschisis was proposed to explain the drug effect.

In a separate study of four brain-injured patients, three were found to have poor tracer uptake in the areas of brain damage as well as in undamaged areas of the cerebellum, consistent with cerebellar diaschisis.[91] After zolpidem administration, cerebral perfusion in the areas of brain injury improved measurably, and the cerebellar diaschisis was completely reversed. Zolpidem is thought to exert its effect by binding GABA receptors on neurodormant cells, thereby allowing reversal of diaschisis.

In a prospective open label study, Thonnard et al.[92] assessed the effect of zolpidem in 60 chronic brain injured patients. Of these, 31 had sustained traumatic brain injuries, and 29 had suffered nontraumatic events. At the outset of the trial, 32 were in MCS, and 28 were in vegetative state. Using CRS-R, a total of four of 60 patients demonstrated clinical improvements, but only one (traumatic brain injury in MCS) met the criteria to change diagnostic categories per CRS-R guidelines. Whyte and Myers[93] found that a similar, small percentage of patients responded to zolpidem.

To assess response to zolpidem based on mechanisms of injury, Du et al.[94] studied 127 patients in vegetative state during 1 week of treatment. The authors concluded that zolpidem was more likely to exert a positive impact on level of consciousness in patients without brain stem injuries and that zolpidem-induced improvements in brain function were rapid rather than gradual.

Chatelle et al.[95] assessed changes in regional brain metabolism after zolpidem administration in three patients in postanoxic MCS using 18-F-flurodeoxyglucose positron emission tomography (FDG-PET) while monitoring them clinically with CRS-R. All three patients recovered functional communication after administration of zolpidem with emergence from MCS. FDG-PET data analysis revealed metabolic activation of prefrontal cortices, supporting the mesocircuit hypothesis to explain the drug's effect.[14] Furthermore, the brain areas that showed increased metabolism after zolpidem did not show significant structural lesions, corroborating the theory of cerebral diaschisis.

The GABA hypothesis suggests that drugs, such as zolpidem and baclofen, may partially reverse impaired GABA neurotransmission, allowing for deactivation of the proposed DMN. Deactivation of the DMN is associated with cerebral engagement in task-oriented, goal-directed activity. Pistoia et al.[26] reviewed the proposed mechanisms through which CNS depressants may exert their positive effect on individuals with disorders of consciousness by reversal of diaschisis (diaschisis hypothesis), restoring the normal balance between synaptic excitation and inhibition (GABA impairment hypothesis), and by modulating information overload to the cortex as a result of filter/gating failure.

Zolpidem is available in 5-mg and 10-mg tablets. It has been approved for the short-term treatment of insomnia. Use for disorders of consciousness is considered off-label.

The initial dose for adults with disorders of consciousness or patients with hepatic insufficiency is 5 mg. The dose of zolpidem may be increased but should not exceed 10 mg.

Peak concentration is typically achieved within 1 hour of administration. It is short-acting with a half-life of up to 4 hours.

The most common adverse effects are dizziness, drowsiness, and diarrhea.

### BENZODIAZEPINES

Benzodiazepines reduce spasticity and suppress seizures with generally negative effects on memory and overall cognition. Nevertheless, there are isolated case reports of recovery from poorly responsive states following administration of Valium. A 45-year-old Wisconsin man, in vegetative state for 8 years, reportedly improved significantly after being injected with Valium for a routine dental procedure.[96] When medicated, he was able to talk and perform complicated mathematical calculations. Benzodiazepines may work by reducing abnormal tone to the point that patients who were previously dominated by severe spasticity can demonstrate volitional movement to command. Alternatively, benzodiazepines may temporarily abort subclinical seizure activity. Referring to cases of very late emergence from vegetative state, Wijdicks[97] raises the question of recovery versus discovery. He suggests that "miracle cases" of late recovery may in fact represent late discovery of existing neurologic function that had previously gone unrecognized.

## GLUTAMATERGIC NEUROMODULATION

One of the important excitatory neurotransmitters in the central nervous system is glutamate. Glutamate is synthesized in the brain, and it serves not only as an excitatory amino acid neurotransmitter, but it is also the precursor of GABA. In the hours immediately after traumatic brain injury, glutamate is responsible for some degree of excitotoxic brain damage. Following injury, excess glutamate is associated with increased seizure risk. However, because glutamate is involved in normal cognitive processes, there may be a place for modulation of this neurotransmitter to improve cognitive function in chronic brain injury.

### Modafinil

Modafinil (Provigil) is a central nervous system stimulant that is pharmacologically distinct from other stimulants. Modafinil likely exerts its effects through several neurotransmitters, including the catecholaminergic and serotonergic systems. In addition, modafinil may reduce GABA release and increase the release of glutamate.[98]

Lin et al.[99] used immunocytochemistry techniques to differentiate the potential brain neuronal targets for amphetamine, methylphenidate, and modafinil-induced wakefulness in the cat. Amphetamines and methylphenidate administration caused increased activity in widespread

areas of the cortex, including the caudate nucleus and medial frontal cortex. However, cats treated with modafinil demonstrated activity in the anterior hypothalamus, hippocampus, and amygdala. Because of its relatively unique mechanism of action among the activating medications, modafinil may have a place either as a single agent or in combination therapy with other activating drugs if monotherapy is ineffective.

Modafinil treatment of 10 brain-injured outpatients with excessive daytime sleepiness was described by Teitelman.[100] Moderate to marked improvements in subjective feelings of wakefulness and well-being were reported. Formal neuropsychological testing was not performed.

Modafinil is approved for use in narcolepsy, obstructive sleep apnea/hypopnea syndrome, and shift work sleep disorder. Although modafinil has been used in the treatment of states of hypoarousal following brain injury, its use for disorders of consciousness is considered off-label.

Serious rashes have been reported in patients taking modafinil, and this requires prompt discontinuation of the drug. Multiorgan hypersensitivity reactions with diverse signs and symptoms, including fever and rash with other organ system involvement, have been reported. Psychiatric symptoms may develop in association with modafinil and may necessitate discontinuation of the drug. Insomnia has been reported as well. Modafinil has not been evaluated in patients with a recent history of myocardial infarct or unstable angina. Modafinil should not be used in patients with a history of left ventricular hypertrophy or mitral valve prolapse syndrome.

Adverse effects associated with modafinil include headaches, nausea, vomiting, nervousness, rhinitis, diarrhea, back pain, anxiety, insomnia, dizziness, and dyspepsia. Because patients with disorders of consciousness are unable to communicate that they are nauseated, gastric residuals should be carefully checked. If gastric residuals consistently exceed 70 to 100 mL, the dose should be decreased, or the drug should be discontinued to avoid emesis and aspiration.

The recommended dose of modafinil is 200 mg once daily. Although doses have been prescribed up to 400 mg per day, there is no compelling evidence to suggest that a higher dose confers additional benefit. Because the primary route of modafinil elimination is via metabolism through the liver, patients with severe liver disease should receive a reduced dose. Peak plasma concentration occurs roughly 2 to 4 hours after each dose.

Modafinil may affect the elimination of diazepam, propranolol, and phenytoin, necessitating their possible dose reduction. Modafinil may cause increased blood levels of tricyclics in some patients. However, no significant change in pharmacokinetics has been identified when modafinil is prescribed with either amphetamines or methylphenidate.

## CHOLINERGIC NEUROMODULATION

Medications that facilitate cholinergic neurotransmission are strongly associated with their impact on arousal and memory, particularly in patients with dementia. Cholinergic neurotransmission has also been found to be partly responsible for some aspects of arousal and attention and may improve signal-to-noise processing in the cortex.[101]

Activation of the thalamus through the cholinergic projections of the ARAS facilitates transmission of sensory input to higher cortical regions. The ventral projections from the brain stem ARAS modulate basal forebrain activation via catecholaminergic, glutaminergic, and cholinergic neurotransmission. In turn, the pathways from the basal forebrain to the cerebral cortex mediate arousal and attention through cholinergic and GABAergic systems. The cholinergic neurons of the forebrain and hippocampus are particularly susceptible to damage during head trauma as a result of their location near the bony prominences of the skull.

After a state of cholinergic hyperactivity seen in acute traumatic brain injury, the chronic phase of recovery is associated with reduced cholinergic activity.[102] Some aspects of brain injury-induced cognitive impairments in attention and memory have been attributed to this posttraumatic disruption of cholinergic function.[103,104]

The drugs most commonly used to increase the concentration of acetylcholine at cholinergic synapses are cholinesterase inhibitors, which reduce the breakdown of acetylcholine. This class of drugs includes donepezil (Aricept), galantamine (Reminyl), rivastigmine (Exelon), and tacrine (Cognex).

Zhang et al.[105] examined the effects of donepezil on memory and attention in 18 brain-injured patients who were able to participate in neuropsychological testing. The mean time since injury was 4.6 months, and the average Glasgow Coma Scale score, measured between 24 and 48 hours of injury, was IX. In a 24-week, randomized, placebo-controlled, double-blind crossover trial, this pilot study demonstrated improved scores on tests of both sustained attention and short-term memory. These improvements were maintained through the final testing, which was performed 14 weeks after the medication had been terminated. The authors hypothesized that this lasting drug effect might be attributable to long-term alteration of the cholinergic system. Khateb et al.[106] studied the effects of donepezil on 10 patients whose head injury had occurred at least 6 months previously. Although the study did not include a control group, significantly improved performance in divided attention, learning, and speed of processing was documented on the drug. Walker et al.[107] retrospectively examined the effects of donepezil during the acute inpatient rehabilitation of 36 patients with moderate-to-severe brain injuries. Patients were enrolled in this study within 90 days of injury. No differences were seen between the treatment group and a matched control group in outcome as measured by the Functional Independence Measure Cognitive Total Score and rehabilitation length of stay. However, there was a trend toward a greater rate of improvement in global cognitive functioning if patients were started on donepezil early during their inpatient rehabilitation program. The authors suggested that perhaps the measurement tools used in this pilot study might have been too crude to detect subtle improvements in cognition. At this time, there are

no controlled studies examining the effect of cholinergic modulation on recovery from vegetative state or MCS.

For the treatment of dementia of the Alzheimer's type, the recommended initial dosage of donepezil is 5 mg daily. The dose may be increased to a maximum of 10 mg daily. As with the other medications reviewed in this chapter, the use of this drug is considered off-label when prescribed for disorders of consciousness.

Cholinesterase inhibitors should be used with caution in patients with bradycardia or cardiac conduction abnormalities and in patients with asthma or obstructive pulmonary disease. Common side effects include nausea, vomiting, diarrhea, fatigue, insomnia, muscle cramping, and anorexia.

## HISTAMINERGIC NEUROMODULATION

Histamine, which is synthesized in the hypothalamus, may have a role in maintaining arousal. Supporting this contention are recent animal studies that demonstrate that histidine decarboxylase knockout mice are unable to remain awake when high task vigilance is required.[108] Furthermore, narcoleptic dogs have been found to have a histamine deficiency.[109] The interaction between histaminergic and other neurotransmitter systems is the subject of considerable research at this time.[110] Although no histaminergic agents are available as yet, this neurotransmitter may hold promise for future use in the treatment of disorders of consciousness.

## CONCLUSION

The neural construct of consciousness involves overlapping neuronal networks and diverse neurotransmitter systems. How chronic neurotransmitter dysfunction affects receptor sensitivity or produces adaptive changes in other neuronal systems is largely unknown. Augmentation of a single neurotransmitter system may have far-reaching effects on other neurochemical networks.

Patients with disorders of consciousness may have a range of underlying neuroanatomical and neurochemical alterations. Currently, we are closer to identifying the neurotransmitter systems and the structural and functional neural networks that are important in maintaining consciousness. As our ability to detect these unique differences among patients improves, the term *disorders of consciousness* will likely be replaced with more exact diagnoses that reflect the distinct anatomic and neurochemical networks involved. These advances will hopefully allow new and effective therapeutic agents to be developed to improve the lives of brain injury survivors.

## REFERENCES

1. Plum F and Posner J. The Diagnosis of Stupor and Coma. 3rd ed. Philadelphia, PA: F. A. Davis, 1982.
2. Jennett B and Plum F. Persistent vegetative state after brain damage. A syndrome in search of a name. Lancet (London, England). 1972; 1: 734–7.
3. Medical aspects of the persistent vegetative state (1). The Multi-Society Task Force on PVS. The New England Journal of Medicine. 1994; 330: 1499–508.
4. Ting WK, Perez Velazquez JL and Cusimano MD. Eye movement measurement in diagnostic assessment of disorders of consciousness. Frontiers in Neurology. 2014; 5: 137.
5. Giacino JT and Kalmar K. Diagnostic and prognostic guidelines for the vegetative and minimally conscious states. Neuropsychological Rehabilitation. 2005; 15: 166–74.
6. Childs NL, Mercer WN and Childs HW. Accuracy of diagnosis of persistent vegetative state. Neurology. 1993; 43: 1465–7.
7. Schnakers C, Vanhaudenhuyse A, Giacino J et al. Diagnostic accuracy of the vegetative and minimally conscious state: Clinical consensus versus standardized neurobehavioral assessment. BMC Neurology. 2009; 9: 35.
8. Monti MM, Vanhaudenhuyse A, Coleman MR et al. Willful modulation of brain activity in disorders of consciousness. New England Journal of Medicine. 2010; 362: 579–89.
9. Adams JH, Graham DI and Jennett B. The neuropathology of the vegetative state after an acute brain insult. Brain. 2000; 123 (Pt 7): 1327–38.
10. Jennett B, Adams JH, Murray LS and Graham DI. Neuropathology in vegetative and severely disabled patients after head injury. Neurology. 2001; 56: 486–90.
11. Parvizi J and Damasio AR. Neuroanatomical correlates of brainstem coma. Brain. 2003; 126: 1524–36.
12. Patrick PD, Mabry JL, Gurka MJ, Buck ML, Boatwright E and Blackman JA. MRI patterns in prolonged low response states following traumatic brain injury in children and adolescents. Brain Injury. 2007; 21: 63–8.
13. Maxwell WL, MacKinnon MA, Smith DH, McIntosh TK and Graham DI. Thalamic nuclei after human blunt head injury. Journal of Neuropathology and Experimental Neurology. 2006; 65: 478–88.
14. Schiff ND. Recovery of consciousness after brain injury: A mesocircuit hypothesis. Trends in Neurosciences. 2010; 33: 1–9.
15. Laureys S and Schiff ND. Coma and consciousness: Paradigms (re)framed by neuroimaging. NeuroImage. 2012; 61: 478–91.
16. Schiff ND, Ribary U, Moreno DR et al. Residual cerebral activity and behavioural fragments can remain in the persistently vegetative brain. Brain. 2002; 125: 1210–34.
17. Laureys S, Faymonville ME, Degueldre C et al. Auditory processing in the vegetative state. Brain. 2000; 123 (Pt 8): 1589–601.

208 Neuropharmacologic considerations in treatment of vegetative and minimally conscious states following brain injury

18. Laureys S, Faymonville ME, Peigneux P et al. Cortical processing of noxious somatosensory stimuli in the persistent vegetative state. NeuroImage. 2002; 17: 732–41.

19. Owen AM, Coleman MR, Menon DK et al. Residual auditory function in persistent vegetative state: A combined PET and fMRI study. Neuropsychological Rehabilitation. 2005; 15: 290–306.

20. Schiff ND, Rodriguez-Moreno D, Kamal A et al. fMRI reveals large-scale network activation in minimally conscious patients. Neurology. 2005; 64: 514–23.

21. Raichle ME, MacLeod AM, Snyder AZ, Powers WJ, Gusnard DA and Shulman GL. A default mode of brain function. Proceedings of the National Academy of Sciences of the United States of America. 2001; 98: 676–82.

22. Vanhaudenhuyse A, Noirhomme Q, Tshibanda LJ et al. Default network connectivity reflects the level of consciousness in non-communicative brain-damaged patients. Brain: A Journal of Neurology. 2010; 133: 161–71.

23. Hannawi Y, Lindquist MA, Caffo BS, Sair HI and Stevens RD. Resting brain activity in disorders of consciousness: A systematic review and meta-analysis. Neurology. 2015; 84: 1272–80.

24. Crone JS, Ladurner G, Holler Y, Golaszewski S, Trinka E and Kronbichler M. Deactivation of the default mode network as a marker of impaired conscious-ness: An fMRI study. PloS One. 2011; 6: e26373.

25. Anticevic A, Cole MW, Murray JD, Corlett PR, Wang XJ and Krystal JH. The role of default network deac-tivation in cognition and disease. Trends in Cognitive Sciences. 2012; 16: 584–92.

26. Pistoia F, Sara M, Sacco S, Franceschini M and Carolei A. Silencing the brain may be better than stimulating it. The GABA effect. Current Pharmaceutical Design. 2014; 20: 4154–66.

27. Norton L, Hutchison RM, Young GB, Lee DH, Sharpe MD and Mirsattari SM. Disruptions of functional con-nectivity in the default mode network of comatose patients. Neurology. 2012; 78: 175–81.

28. Soddu A, Vanhaudenhuyse A, Bahri MA et al. Identifying the default-mode component in spatial IC analyses of patients with disorders of conscious-ness. Human Brain Mapping. 2012; 33: 778–96.

29. Coleman MR, Rodd JM, Davis MH et al. Do veg-etative patients retain aspects of language com-prehension? Evidence from fMRI. Brain. 2007; 130: 2494–507.

30. Laureys S, Faymonville ME, Luxen A, Lamy M, Franck G and Maquet P. Restoration of thalamocortical con-nectivity after recovery from persistent vegetative state. Lancet (London, England). 2000; 355: 1790–1.

31. Stender J, Gosseries O, Bruno MA et al. Diagnostic precision of PET imaging and functional MRI in disor-ders of consciousness: A clinical validation study. Lancet (London, England). 2014; 384: 514–22.

32. Medical aspects of the persistent vegetative state (2). The Multi-Society Task Force on PVS. New England Journal of Medicine. 1994; 330: 1572–9.

33. The Quality Standards Subcommittee of the American Academy of Neurology, Practice param-eters: Assessment and management of patients in the persistent vegetative state (summary statement). Neurology. 1995; 45: 1015–8.

34. Giacino JT, Zasler ND, Katz DI, Kelly JP, Rosenberg JH and Filley CM. Development of practice guide-lines for assessment and management of the vegeta-tive and minimally conscious states. Journal of Head Trauma Rehabilitation. 1997; 12(4): 79–89.

35. Giacino J and Kalmar K. The vegetative and mini-mally conscious states: A comparison of clinical features and functional outcome. Journal of Head Trauma Rehabilitation. 1997; 12(4): 36–51.

36. Luaute J, Maucort-Boulch D, Tell L et al. Long-term outcomes of chronic minimally conscious and veg-etative states. Neurology. 2010; 75: 246–52.

37. Giacino JT, Ashwal S, Childs N et al. The minimally conscious state: Definition and diagnostic criteria. Neurology. 2002; 58: 349–53.

38. Giacino JT, Kalmar K and Whyte J. The JFK Coma Recovery Scale–Revised: Measurement character-istics and diagnostic utility. Archives of Physical Medicine and Rehabilitation. 2004; 85: 2020–9.

39. Ansell BJ and Keenan JE. The Western Neuro Sensory Stimulation Profile: A tool for assessing slow-to-recover head-injured patients. Archives of Physical Medicine and Rehabilitation. 1989; 70: 104–8.

40. Rappaport M, Dougherty AM and Kelting DL. Evaluation of coma and vegetative states. Archives of Physical Medicine and Rehabilitation. 1992; 73: 628–34.

41. Seel RT, Sherer M, Whyte J et al. Assessment scales for disorders of consciousness: Evidence-based recommendations for clinical practice and research. Archives of Physical Medicine and Rehabilitation. 2010; 91: 1795–813.

42. McDonnell E, Giacino JT and Kolakowsky-Hayner SA. A brief overview of the Coma Recovery Scale–revised: Updates from the COMBI. Journal of Head Trauma Rehabilitation I. 2015; 30: 143–5.

43. Beyerl B and Black PM. Posttraumatic hydrocepha-lus. Neurosurgery. 1984; 15: 257–61.

44. Doherty D. Post-traumatic hydrocephalus. Physical Medicine and Rehabilitation Clinics of North America. 1992; 3(2): 389–405.

45. Kelly DF, Gonzalo IT, Cohan P, Berman N, Swerdloff R and Wang C. Hypopituitarism following trau-matic brain injury and aneurysmal subarachnoid hemorrhage: A preliminary report. Journal of Neurosurgery. 2000; 93: 743–52.

46. Urban RJ, Harris P and Masel B. Anterior hypopitu-itarism following traumatic brain injury. Brain Injury. 2005; 19: 349–58.

47. Dang-Vu TT, Desseilles M, Peigneux P and Maquet P. A role for sleep in brain plasticity. *Pediatric Rehabilitation.* 2006; 9: 98–118.

48. Walker MP. Issues surrounding sleep-dependent memory consolidation and plasticity. *Cellular and Molecular Life Sciences.* 2004; 61: 3009–15.

49. Ferrara M, Iaria G, De Gennaro L et al. The role of sleep in the consolidation of route learning in humans: A behavioural study. *Brain Research Bulletin.* 2006; 71: 4–9.

50. Rauchs G, Bertran F, Guillery-Girard B et al. Consolidation of strictly episodic memories mainly requires rapid eye movement sleep. *Sleep.* 2004; 27: 395–401.

51. Temkin NR, Dikmen SS, Wilensky AJ, Keihm J, Chabal S and Winn HR. A randomized, double-blind study of phenytoin for the prevention of post-traumatic seizures. *New England Journal of Medicine.* 1990; 323: 497–502.

52. Trimble MR. Anticonvulsant drugs and cognitive function: A review of the literature. *Epilepsia.* 1987; 28 Suppl 3: S37–45.

53. Thompson PJ and Trimble MR. Anticonvulsant serum levels: Relationship to impairments of cognitive functioning. *Journal of Neurology, Neurosurgery, and Psychiatry.* 1983; 46: 227–33.

54. Thompson PJ, Baxendale SA, Duncan JS and Sander JW. Effects of topiramate on cognitive function. *Journal of Neurology, Neurosurgery, and Psychiatry.* 2000; 69: 636–41.

55. Mula M, Trimble MR, Thompson P and Sander JW. Topiramate and word-finding difficulties in patients with epilepsy. *Neurology.* 2003; 60: 1104–7.

56. Goldberg JF and Burdick KE. Cognitive side effects of anticonvulsants. *Journal of Clinical Psychiatry.* 2001; 62 Suppl 14: 27–33.

57. Gualtieri CT and Johnson LG. Comparative neurocognitive effects of 5 psychotropic anticonvulsants and lithium. *Medscape General Medicine.* 2006; 8: 46.

58. Meador KJ. Cognitive effects of levetiracetam versus topiramate. *Epilepsy Currents/American Epilepsy Society.* 2008; 8: 64–5.

59. Showalter PE and Kimmel DN. Stimulating consciousness and cognition following severe brain injury: A new potential clinical use for lamotrigine. *Brain Injury.* 2000; 14: 997–1001.

60. Kokiko ON and Hamm RJ. A review of pharmacological treatments used in experimental models of traumatic brain injury. *Brain Injury.* 2007; 21: 259–74.

61. Goldstein LB and Davis JN. Clonidine impairs recovery of beam-walking after a sensorimotor cortex lesion in the rat. *Brain Research.* 1990; 508: 305–9.

62. Goldstein LB. Neuropharmacology of TBI-induced plasticity. *Brain Injury.* 2003; 17: 685–94.

63. Feeney DM, Gonzalez A and Law WA. Amphetamine, haloperidol, and experience interact to affect rate of recovery after motor cortex injury. *Science (New York, NY).* 1982; 217: 855–7.

64. Rao N, Jellinek HM and Woolston DC. Agitation in closed head injury: Haloperidol effects on rehabilitation outcome. *Archives of Physical Medicine and Rehabilitation.* 1985; 66: 30–4.

65. Mysiw WJ, Bogner JA, Corrigan JD, Fugate LP, Clinchot DM and Kadyan V. The impact of acute care medications on rehabilitation outcome after traumatic brain injury. *Brain Injury.* 2006; 20: 905–11.

66. Center for Drug Evaluation and Research (CDER). Oncology tools: A short tour. In: Administration USFaD, (ed.). http://www.fda.gov/cder/cancer/tour.htm: U.S. Food and Drug Administration, 2003.

67. Beck JM and Azari ED. FDA, off-label use, and informed consent: Debunking myths and misconceptions. *Food and Drug Law Journal.* 1998; 53: 71–104.

68. Arciniegas DB and Silver JM. Pharmacotherapy of posttraumatic cognitive impairments. *Behavioural Neurology.* 2006; 17: 25–42.

69. Giacino JT, Whyte J, Bagiella E et al. Placebo-controlled trial of amantadine for severe traumatic brain injury. *New England Journal of Medicine.* 2012; 366: 819–26.

70. Zafonte RD, Watanabe T and Mann NR. Amantadine: A potential treatment for the minimally conscious state. *Brain Injury.* 1998; 12: 617–21.

71. Patrick PD, Blackman JA, Mabry JL, Buck ML, Gurka MJ and Conaway MR. Dopamine agonist therapy in low-response children following traumatic brain injury. *Journal of Child Neurology.* 2006; 21: 879–85.

72. Reynolds JC, Rittenberger JC and Callaway CW. Methylphenidate and amantadine to stimulate reawakening in comatose patients resuscitated from cardiac arrest. *Resuscitation.* 2013; 84: 818–24.

73. Kraus MF, Smith GS, Butters M et al. Effects of the dopaminergic agent and NMDA receptor antagonist amantadine on cognitive function, cerebral glucose metabolism and D2 receptor availability in chronic traumatic brain injury: A study using positron emission tomography (PET). *Brain Injury.* 2005; 19: 471–9.

74. Lal S, Merbtiz CP and Grip JC. Modification of function in head-injured patients with Sinemet. *Brain Injury.* 1988; 2: 225–33.

75. Patrick PD, Buck ML, Conaway MR and Blackman JA. The use of dopamine enhancing medications with children in low response states following brain injury. *Brain Injury.* 2003; 17: 497–506.

76. Matsuda W, Matsumura A, Komatsu Y, Yanaka K and Nose T. Awakenings from persistent vegetative state: Report of three cases with parkinsonism and brain stem lesions on MRI. *Journal of Neurology, Neurosurgery, and Psychiatry.* 2003; 74: 1571–3.

77. Matsuda W, Komatsu Y, Yanaka K and Matsumura A. Levodopa treatment for patients in persistent vegetative or minimally conscious states. *Neuropsychological Rehabilitation*. 2005; 15: 414–27.

78. Passler MA and Riggs RV. Positive outcomes in traumatic brain injury–vegetative state: Patients treated with bromocriptine. *Archives of Physical Medicine and Rehabilitation*. 2001; 82: 311–5.

79. McDowell S, Whyte J and D'Esposito M. Differential effect of a dopaminergic agonist on prefrontal function in traumatic brain injury patients. *Brain*. 1998; 121 (Pt 6): 1155–64.

80. Gibbs SE and D'Esposito M. A functional MRI study of the effects of bromocriptine, a dopamine receptor agonist, on component processes of working memory. *Psychopharmacology*. 2005; 180: 644–53.

81. Fridman EA, Krimchansky BZ, Bonetto M et al. Continuous subcutaneous apomorphine for severe disorders of consciousness after traumatic brain injury. *Brain Injury*. 2010; 24: 636–41.

82. Kraus MF and Maki P. The combined use of amantadine and l-dopa/carbidopa in the treatment of chronic brain injury. *Brain Injury*. 1997; 11: 455–60.

83. Plenger PM, Dixon CE, Castillo RM, Frankowski RF, Yablon SA and Levin HS. Subacute methylphenidate treatment for moderate to moderately severe traumatic brain injury: A preliminary double-blind placebo-controlled study. *Archives of Physical Medicine and Rehabilitation*. 1996; 77: 536–40.

84. Whyte J, Hart T, Schuster K, Fleming M, Polansky M and Coslett HB. Effects of methylphenidate on attentional function after traumatic brain injury. A randomized, placebo-controlled trial. *American Journal of Physical Medicine & Rehabilitation* 1997; 76: 440–50.

85. Whyte J, Vaccaro M, Grieb-Neff P and Hart T. Psychostimulant use in the rehabilitation of individuals with traumatic brain injury. *Journal of Head Trauma Rehabilitation*. 2002; 17: 284–99.

86. Martin RT and Whyte J. The effects of methylphenidate on command following and yes/no communication in persons with severe disorders of consciousness: A meta-analysis of n-of-1 studies. *American Journal of Physical Medicine & Rehabilitation*. 2007; 86: 613–20.

87. Murdock WM and Hamm RJ. Chronic atomoxetine treatment improves cognition following lateral fluid percussion in rats. *Poster Session Presented at the Annual Meeting of the National Neurotrauma Society*. St. Louis, MO, 2006.

88. Ripley DL. Atomoxetine for individuals with traumatic brain injury. *Journal of Head Trauma Rehabilitation*. 2006; 21: 85–8.

89. Reinhard DL, Whyte J and Sandel ME. Improved arousal and initiation following tricyclic antidepressant use in severe brain injury. *Archives of Physical Medicine and Rehabilitation*. 1996; 77: 80–3.

90. Clauss R and Nel W. Drug induced arousal from the permanent vegetative state. *NeuroRehabilitation*. 2006; 21: 23–8.

91. Clauss RP and Nel WH. Effect of zolpidem on brain injury and diaschisis as detected by 99mTc HMPAO brain SPECT in humans. *Arzneimittel-Forschung*. 2004; 54: 641–6.

92. Thonnard M, Gosseries O, Demertzi A et al. Effect of zolpidem in chronic disorders of consciousness: A prospective open-label study. *Functional Neurology*. 2013; 28: 259–64.

93. Whyte J and Myers R. Incidence of clinically significant responses to zolpidem among patients with disorders of consciousness: A preliminary placebo controlled trial. *American Journal of Physical Medicine & Rehabilitation*. 2009; 88: 410–8.

94. Du B, Shan A, Zhang Y, Zhong X, Chen D and Cai K. Zolpidem arouses patients in vegetative state after brain injury: Quantitative evaluation and indications. *American Journal of the Medical Sciences*. 2014; 347: 178–82.

95. Chatelle C, Thibaut A, Gosseries O et al. Changes in cerebral metabolism in patients with a minimally conscious state responding to zolpidem. *Frontiers in Human Neuroscience*. 2014; 8: 917.

96. Doctors puzzled by man's recovery from vegetative state. The Fargo-Moorhead Forum, 1990, p. A17.

97. Wijdicks EF. Minimally conscious state vs. persistent vegetative state: The case of Terry (Wallis) vs. the case of Terri (Schiavo). *Mayo Clinic Proceedings*. 2006; 81: 1155–8.

98. Ferraro L, Antonelli T, Tanganelli S et al. The vigilance promoting drug modafinil increases extracellular glutamate levels in the medial preoptic area and the posterior hypothalamus of the conscious rat: Prevention by local GABA$_A$ receptor blockade. *Neuropsychopharmacology*. 1999; 20: 346–56.

99. Lin JS, Hou Y and Jouvet M. Potential brain neuronal targets for amphetamine-, methylphenidate-, and modafinil-induced wakefulness, evidenced by c-fos immunocytochemistry in the cat. *Proceedings of the National Academy of Sciences of the United States of America*. 1996; 93: 14128–33.

100. Teitelman E. Off-label uses of modafinil. *American Journal of Psychiatry*. 2001; 158: 1341.

101. Freo U, Pizzolato G, Dam M, Ori C and Battistin L. A short review of cognitive and functional neuroimaging studies of cholinergic drugs: Implications for therapeutic potentials. *Journal of Neural Transmission (Vienna, Austria: 1996)*. 2002; 109: 857–70.

102. McIntosh TK, Juhler M and Wieloch T. Novel pharmacologic strategies in the treatment of experimental traumatic brain injury: 1998. *Journal of Neurotrauma*. 1998; 15: 731–69.

103. Masanic CA, Bayley MT, VanReekum R and Simard M. Open-label study of donepezil in traumatic brain injury. *Archives of Physical Medicine and Rehabilitation*. 2001; 82: 896–901.

104. Arciniegas D, Adler L, Topkoff J, Cawthra E, Filley CM and Reite M. Attention and memory dysfunction after traumatic brain injury: Cholinergic mechanisms, sensory gating, and a hypothesis for further investigation. *Brain Injury*. 1999; 13: 1–13.

105. Zhang L, Plotkin RC, Wang G, Sandel ME and Lee S. Cholinergic augmentation with donepezil enhances recovery in short-term memory and sustained attention after traumatic brain injury. *Archives of Physical Medicine and Rehabilitation*. 2004; 85: 1050–5.

106. Khateb A, Ammann J, Annoni JM and Diserens K. Cognition-enhancing effects of donepezil in traumatic brain injury. *European Neurology*. 2005; 54: 39–45.

107. Walker W, Seel R, Gibellato M et al. The effects of Donepezil on traumatic brain injury acute rehabilitation outcomes. *Brain Injury*. 2004; 18: 739–50.

108. Parmentier R, Ohtsu H, Djebbara-Hannas Z, Valatx JL, Watanabe T and Lin JS. Anatomical, physiological, and pharmacological characteristics of histidine decarboxylase knock-out mice: Evidence for the role of brain histamine in behavioral and sleep-wake control. *Journal of Neuroscience* 2002; 22: 7695–711.

109. Nishino S, Fujiki N, Ripley B et al. Decreased brain histamine content in hypocretin/orexin receptor-2 mutated narcoleptic dogs. *Neuroscience Letters*. 2001; 313: 125–8.

110. Blandina P and Passani MB. Central histaminergic system interactions and cognition. In: Levine ED, ed. *Neurotransmitter Interactions and Cognitive Function*. Verlag/Switzerland: Birkhauser, 2006, pp. 149–63.