UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AIRLINES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ACE PROPERTY AND CASUALTY INSURANCE CO.,<br><br>        Defendant. | Case No. 23-cv-01611-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable James Donato for consideration of whether the case is related to *Foster et al v. United Continental Holdings, Inc., et al*, No. 19-CV-02530-JD.

**IT IS SO ORDERED.**

Dated: July 5, 2023

_____
TRINA L. THOMPSON
United States District Judge