UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL MINUTE ORDER

Case No.  3:19-cv-02530-JD

Case Name:  <u>Foster et al v. United Continental Holdings, Inc., et al</u>

Date:  August 8, 2023                                    Time:  12 Minutes

**The Honorable James Donato**

**Clerk**:  LISA R. CLARK                          **Court Reporter**:  Ruth Levine/Jennifer Coulthard

<u>**COUNSEL FOR PLTF**</u>**:**  Albert Stoll and Jessica Juarez

<u>**COUNSEL FOR DEFT**</u>**:**  Michael Ross Cunningham, Mark Phillips, Michael McQuillen, Charis Early, Paula Wegman, Edward Gibbons, and Scott Stirling

Trial Began:  August 8, 2023                      Further Trial:

**TRIAL MOTIONS HEARD:**                   **DISPOSITION:**

1. 

2. 

3. 

**OTHER:**

<u>See Trial Sheet Attached.</u>

**VERDICT:**

<u>The Court is advised that the parties have settled.  The written settlement agreement is signed by the parties and expressly states that it is enforceable.  *See* Cal. Code Civ. Proc. § 664.6; Cal. Evid. Code § 1123.  The jury is discharged and all remaining trial dates are vacated.</u>

<u>The parties are directed to file by August 22, 2023, a request for Court approval of the compromise of conservatee NJ Foster's claims.  The Court will set a hearing on the motion if warranted.</u>

**DISPOSITION OF EXHIBITS:**